**JOHNSON, Plaintiff-Appellant, v. CAMPBELL et, Defendants-Appellees.**

Ohio Appeals, Second District, Franklin County.

No. 4564.   Decided March 22, 1951.

A. A. Bunner, Russ Bothwell, Columbus, for appellant.

Dargusch, Caren, Greek & King, John Caren, of Counsel, Columbus, for appellees.

## OPINION

By THE COURT.

Submitted upon motion by the defendants-appellees seeking an order dismissing the appeal for the reason that the order from which the appeal is taken is not a final order.  The record reveals that on January 17, 1951, the Court sustained a demurrer to the petition allowing the plaintiff-appellant to file an amended petition within rule.  Instead of so doing a notice of appeal was filed without an order dismissing the action.  An order sustaining a general demurrer to the petition without dismissing the action is not a final order.  **Davis v. Moor, 86 Oh Ap 213.**  The motion will be sustained.

HORNBECK, PJ, WISEMAN and MILLER, JJ, concur.